**ANDRES MERCADO, SR.,**
**ANDRES MERCADO, JR.,**
**YARITZA MERCADO,**
        **Plaintiffs,**

-vs-                                                                        Case No. 6:07-cv-1976-Orl-31KRS

**ROMERO ENTERPRISES, LLC, d/b/a**
**DeLand Learning Academy,**
**CELIANNE ROMERO,**
        **Defendants.**
_____

## ORDER

This cause comes before the Court on Joint Notice and Stipulation of Proposal of Restructured Settlement (Doc. No. 43) filed June 17, 2009.

On June 25, 2009, the United States Magistrate Judge issued a report (Doc. No. 44) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.    The Joint Notice and Stipulation of Proposal of Restructured Settlement is GRANTED. The restructured settlement is approved as a "fair and reasonable resolution of a bona fide dispute."

3.    Defendants shall pay the Plaintiffs an initial payment of $10,000.00 representing unpaid wages, unpaid overtime, unpaid minimum wage and partial payment of attorney's fees and

costs which shall be distributed as follows: $500.00 less applicable taxes and withholdings to Andres Mercado, Sr.; $1,263.58 less applicable taxes and withholdings to Andres Mercado, Jr.; $756.28 less applicable taxes and withholdings to Yaritza Mercado; $4,428.00 less applicable taxes and withholdings to Maribel Vazquez and $3,052.14 to the Pantas Law Firm P.A.  The additional principal sum of $18,000.00 will be paid over 36 equal monthly installments of $500.00 per month due the 15th of each month.  The first 26 payments will be payable to the Pantas Law Firm P.A. for attorney's fees and costs.  The remaining 10 payments  and will be distributed as follows: $35.00 payable to Andres Mercado, Sr., $90.00 to Andres Mercado, Jr., $55.00 to Yaritza Mercado and $320.00 to Maribel Vazquez.

4. The case is **DISMISSED** with prejudice.  The Court will not reserve jurisdiction to enforce a settlement agreement.   Counsel for the Plaintiffs is directed to provide each Plaintiff with a copy of this order.  The clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 14th day of July, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE